IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DEE ANN WALKER, as Director and Secretary/ )
Treasurer of the Board of Trustees of the )
United Furniture Workers Pension Fund A, )
                )   Civil No. 3:14-1098
  Plaintiff,           )   Judge Trauger
                )
v.                )
                )
EASTERN WOOD PRODUCTS,      )
                )
  Defendant.          )

**O R D E R**

It is hereby **ORDERED** that the initial case management conference scheduled for June 30, 2014 is **RESET** for Wednesday, June 25, 2014, at 2:00 p.m.

It is so **ORDERED**.

ENTER this 6th day of June 2014.

                   _____
                   ALETA A. TRAUGER
                   U.S. District Judge