*[Judge's signature]*

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DEE ANNE WALKER, as Director and Secretary/Treasurer of the Board of Trustees of the United Furniture Workers Insurance Fund and the United Furniture Workers Pension Plan A, <br><br> Plaintiff, <br><br> v. <br><br> EASTERN WOOD PRODUCTS, <br><br> Defendant. | CASE NO. 3:14-1098 |

## MOTION TO CONTINUE
## CASE MANAGEMENT CONFERENCE

COMES NOW the Plaintiff, Dee Anne Walker, et al., through counsel, Deborah Godwin, and respectfully requests that the Case Management Conference presently set for Friday, August 8, 2014 at 2:45 p.m. be postponed approximately forty-five (45) days for the following reasons:

1. The Complaint in this action was filed on May 2, 2014. Said Complaint was served on the Defendant by certified mail return receipt requested, along with a Notice of Lawsuit and Waiver of Service of Summons pursuant to Rule 4 of the Federal Rules of Civil Procedure. Although the certified return receipt shows a service by mail date of May 12, 2014, Defendant did not return the Waiver of Service of Summons and personal service upon the Defendant was necessary.

2. Thereafter, Plaintiffs secured personal service upon the Defendant on July 30, 2014.

3. The Defendant's Answer is due on Wednesday, August 20, 2014.